U. O. PRICKETT v. THE ATCHISON, TOPEKA & SANTA FÉ
RAILROAD COMPANY.

*Motion for Rehearing.*

THIS case is reported in 33 Kas. pp. 748, *et seq.* July 10, 1885, the railroad company filed a motion for a rehearing,

which was overruled, February 4, 1886—HORTON, C. J., dissenting as follows: For the reasons stated in *A. T. & S. F. Rld. Co. v. Shaft*, supra, I think a rehearing should also be allowed in this case.